County of Lackawanna ex rel. Streater et al., Taxpayers, *v.* Thomas et al., Appellants.

Argued March 5, 1929.

Before Trexler, Keller, Linn, Gawthrop and Cunningham, JJ.

542

*John P. Kelly,* and with him *W. R. Lewis, H. L. Taylor* and *Joseph O'Brien,* for appellants.

*George Morrow,* for appellees.

PER CURIAM, March 12, 1929:

It appearing that the court in banc did not consider and decide this case, the judgment is reversed and record remitted for consideration and decision by the court in banc: see McCormick's Contested Election, 281 Pa. 281; Sterrett v. MacLean, 293 Pa. 557.